U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 2 3 2006

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY
SHREVEPORT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

UNITED STATES OF AMERICA    *    CASE NO. 02-50020-01

VERSUS     JUDGE WALTER

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 3 0 2006

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

JOHNNY LEROY ADAMS     *    MAGISTRATE JUDGE SHEMWELL
    Defendant

AND

PETRO SHOPPING CENTERS, L.P.
AND ITS SUCCESSORS OR ASSIGNS
    Garnishee

### ORDER OF GARNISHMENT

This matter came on for hearing on the date of October 27, 2005, and the Court made the following findings:

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the garnishee has filed an Answer to the writ stating that at the time of the service of the writ it had in its possession, custody or under its control, personal property belonging to and due defendant and that garnishee was indebted to defendant for bi-weekly wages.

The defendant requested a hearing to determine exempt property. The hearing was scheduled for October 27, 2005. Defendant failed to appear. The motion for hearing on the matter of garnishment was denied and the garnishment was ordered to proceed.

IT IS ORDERED that Garnishee and its successors or assigns pay into the hands of the United States Attorney, for each and every pay period that the defendant, Johnny Leroy Adams, is employed by Garnishee and its successors or assigns and is due wages, the

**lesser** of:

1.  Ten percent (10%) of defendant's disposable earnings; or

2.  All amounts of defendant's disposable earnings in excess of thirty times the federal minimum wage,

and that Garnishee and its successors or assigns continue said payments until the debt to plaintiff is paid in full or until the Garnishee and its successors or assigns no longer has custody, possession or control of any property belonging to defendant or until further order of this Court. Payments to the United States Attorney under this garnishment order shall be made by Garnishee and its successors or assigns' check, no less frequently than monthly, payable to the United States Clerk of Court, and mailed to the Office of the United States Clerk of Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101, or to such other address as Garnishee and its successors or assigns is directed in writing by the United States Attorney's Office.

Dated: **Aug. 30, 2006**    By: _Robert H Shomervely_

United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of Order of Garnishment has been served upon Johnny Adams, 4136 Southern Avenue, Shreveport, LA 71106 and upon Petro Stopping Centers, 6080 Surety Lane, El Paso, TX 79905, by placing same in the United States Mail, postage prepaid, first class, on this the 23rd day of August, 2006.

Sheila W. Still
Financial Litigation Unit